## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Zach Leon Slaughter**　　　　　　　　　　　　　　　　**Docket No. 5:08-CR-310-1D**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zach Leon Slaughter, who, upon an earlier plea of guilty to 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 22, 2009, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on a lifetime term of supervised release.

Zach Leon Slaughter was released from custody on February 25, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently on supervised release as a result of his conviction for Receipt of Child Pornography. The Eastern District of North Carolina Probation Office no longer requires a defendant to abide by the rules and regulations of the NCE Sex Offender Program and now tailors specific additional conditions to meet the needs of each offender.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** the removal of the North Carolina Eastern Sex Offender Program Conditions that were previously ordered by the court and supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: March 2, 2022

Zach Leon Slaughter
Docket No. 5:08-CR-310-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __March__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge