UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Zach Leon Slaughter**                  **Docket No. 5:08-CR-310-1D**

### Petition for Action on Supervised Release

COMES NOW Marisa D. Anthony, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zach Leon Slaughter, who, upon an earlier plea of guilty to Receipt of Child Pornography – 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 22, 2009, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life.

Zach Leon Slaughter was released from custody on February 25, 2022, at which time the term of supervised release commenced.

On March 3, 2022, A Petition For Action was filed to remove the NCE Sex Offender Program Condition. In addition, the defendant was ordered to complete a psycho-sexual evaluation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently on supervised released as a result of his conviction for Receipt of Child Pornography. The probation office, in conjunction with our contract therapist, have tailored specific additional conditions to meet the needs of the defendant. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision that he and the probation officer both believe will help him be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

2. The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

3. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

4. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Marisa D. Anthony<br>Marisa D. Anthony<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8690<br>Executed On: June 22, 2022 |

## ORDER OF THE COURT

Considered and ordered this **23** day of **June**, 2022, and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
U.S. District Judge