# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Zach Leon Slaughter**                                    **Docket No. 5:08-CR-310-1D**

### Petition for Action on Supervised Release

COMES NOW Marisa D. Anthony, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zach Leon Slaughter, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 22, 2009, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life.

Zach Leon Slaughter was released from custody on February 25, 2022, at which time the term of supervised release commenced.

On March 3, 2022, A Petition For Action was filed to remove the NCE Sex Offender Program Condition. In addition, the defendant was ordered to complete a psycho-sexual evaluation.

On June 23, 2022, A Petition For Action was filed to add the conditions of computer monitoring software, no contact with minors, no legal or illegal pornography, and participation in polygraph examinations.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently on supervised released as a result of his conviction for Receipt of Child Pornography. The probation office, in conjunction with our contract therapist, have tailored specific additional conditions to meet the needs of the defendant. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision that he and the probation officer both believe will help him be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

3. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Marisa D. Anthony
Marisa D. Anthony
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: July 29, 2022

### ORDER OF THE COURT

Considered and ordered this __8__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge