UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Zach Leon Slaughter**  Docket No. 5:08-CR-310-1D

### Petition for Action on Supervised Release

COMES NOW Marisa D. Anthony, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zach Leon Slaughter, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 22, 2009, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life.

Zach Leon Slaughter was released from custody on February 25, 2022, at which time the term of supervised release commenced.

On March 3, 2022, A Petition For Action was filed to remove the NCE Sex Offender Program Condition. In addition, the defendant was ordered to complete a psycho-sexual evaluation.

On June 23, 2022, A Petition For Action was filed to add the conditions of computer monitoring software, no contact with minors, no legal or illegal pornography, and participation in polygraph examinations.

On August 8, 2022, A Petition For Action was filed to add the conditions for which the defendant is not to possess any computer-based counter forensic tools and to not possess any electronic devices that can be connected to the internet without approval from the Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While the probation office was conducting a weekly computer monitoring search, it was discovered the defendant had viewed pictures of nude prepubescent females. A search of the residence was conducted based on the images found. Multiple devices were seized, and a search conducted of their contents. This search resulted in the discovery of (54) images of nude prepubescent females on a storage device. These images depicted minor females from a nudist colony.

The defendant was verbally reprimanded, and the sex offender therapist was notified. Additionally, the defendant was instructed to dispose of any unauthorized devices. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision that he and the probation officer both believe will help him be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not possess children's clothing, toys, games, etc., without permission of the U.S. Probation Officer.

2. The defendant shall not loiter within 1,000 feet of any area where minors frequently congregate (e.g., parks, school property, playgrounds, arcades, amusement parks, day-care centers, swimming pools, community recreation fields, zoos, youth centers, video arcades, carnivals, and circuses) without prior written permission from the U.S. Probation Officer.

3. The defendant shall not purchase, possess, or control any cameras, camcorders, or movie cameras without prior approval of the U.S. Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Marisa D. Anthony
Marisa D. Anthony
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: September 30, 2022

### ORDER OF THE COURT

Considered and ordered this **3** day of **October**, 2022, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge